

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed October 09, 2012**

_____

Brenda Brown Rotramble
Attorney at Law
401 S. Trinity
Decatur, TX 76234
940/627-6612
Bar #17319500

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § § | BANKRUPTCY NO. 11-44114 |
| James T. Fincher and Linda J. Fincher | § § § | |
| Debtor | § | - |

**ORDER ON DEBTOR'S OBJECTION TO
ALLOWANCE OF CLAIM**

On this day, came for consideration the Debtor's Objection to Allowance of claim No. 20 of GEMB, transferred to Insolve Recovery.. The Court, having considered said Motion, and the agreement of counsel, is of the opinion that the Motion should be granted.

IT IS THEREFORE, ORDERED that the claim No. 20 of GEMB, now Insolve Recovery and hereby is disallowed.

### END OF ORDER###